**RECEIVED**
DEC 1 4 2021
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:21-cr-160 |
| v. | ) | INDICTMENT |
| DAVID RICHARD PARSON, IV, | ) | T. 18 U.S.C. § 641 |
| Defendant. | ) | |

**THE GRAND JURY CHARGES:**

### COUNT 1
### (Theft of Government Funds)

Beginning in or around March 2019, and continuing until in or around July 2020, in the Southern District of Iowa, the defendant, DAVID RICHARD PARSON, IV, did voluntarily, intentionally, and knowingly embezzle, steal, purloin, and convert to his own use and the use of another, money of the Social Security Administration, a department and agency of the United States, namely Social Security retirement benefits having an aggregate value greater than $1,000.

This is a violation of Title 18, United States Code, Section 641.

**A TRUE BILL.**

FOREPERSON

Richard D. Westphal
United States Attorney

By: _____
Ryan W. Leemkuil
Assistant United States Attorney

1